IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREG ECHOLS,

      Plaintiff,

v.                                     Case No.: 2:17-cv-00578-TMP

PNC BANK, NATIONAL ASSOCIATION;
EQUIFAX INFORMATION SERVICES, LLC,
AND TRANS UNION, LLC,

      Defendants.

## NOTICE OF SETTLEMENT

      Plaintiff Greg Echols and Defendant Trans Union LLC respectfully notify the Court that they have settled all claims between them in this matter and are in the process of completing the final settlement documents and filing the stipulation of dismissal within the next thirty days. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

                              Respectfully submitted,

                              s/Jon E. Lewis
                              Jon E. Lewis
                              jon@lflattorneys.com
                              Lewis Feldman & Lehane, LLC
                              2112 11th Avenue South, Suite 542 Birmingham, AL 35205
                              Tel:  (205) 254-3927
                              Fax: (205) 254-3939
                              **Counsel for Plaintiff**

                              s/Matthew W. Robinett
                              **MATTHEW W. ROBINETT**
                              ASB-3523-I72M
                              **ATTORNEY FOR DEFENDANT TRANS UNION LLC**
                              NORMAN, WOOD, KENDRICK & TURNER

1

Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
Telephone: (205) 328-6643
Facsimile:  (205) 251-5479
Email: mrobinett@nwkt.com
and
**MONICA F. RAMIREZ**
Texas State Bar No. 24068621
*Pro Hac* Admission
**ATTORNEY FOR DEFENDANT TRANS UNION LLC**
STRASBURGER & PRICE, LLP
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
Telephone: (469) 287-3951
Facsimile: (469) 227-6560
Email: Monica.Ramirez@strasburger.com

9612363.1/SP/83057/2806/122917

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jon E. Lewis
jon@lflattorneys.com
Lewis Feldman & Lehane, LLC
2112 11th Avenue South, Suite 542
Birmingham, AL 35205
Tel: (205) 254-3927
Fax: (205) 254-3939
**Counsel for Plaintiff**

Mark David Foley, Jr.
mfoley@maynardcooper.com
John D. Collins
jcollins@maynardcooper.com
Joshua R. Hess
jhess@maynardcooper.com
Maynard Cooper & Gale, PC
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203-2618
Tel: (205) 254-1000
Fax: (205) 254-1999
**Counsel for Defendant**
**PNC Bank, National Association**

Kirkland E. Reid
kried@joneswalker.com
Jones Walker LLP
11 N. Walter Street, Suite 1200
Mobile, AL 36602
(251) 432-1414
(251) 439-7358 Fax
**Counsel for Defendant Equifax Information**
**Services LLC**

*/s/ Matthew W. Robinett*
**MATTHEW W. ROBINETT**