# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GREG ECHOLS,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:17-cv-00578-RDP |
| **PNC BANK, NATIONAL ASSOCIATION,** | } |
| Defendant. | } |

## ORDER OF DISMISSAL

This case is before the court on the parties' informal notice of a settlement. The court, having been informed that a settlement has been reached, and with the consent of all parties, **DISMISSES** this case **WITH PREJUDICE**. The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties. If necessary, a party **MAY** petition the court to reopen the case **within forty-five (45) days** of this order's issuance.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than forty-five (45) days from the entry date of this Order.

**DONE** and **ORDERED** this April 27, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE